IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RAJENDER K. SALGAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED SOFTWARE SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:18-cv-00029 (AJT/TCB) |

**ADVANCED SOFTWARE SYSTEMS, INC.'S
RULES 12(b)(6) AND 12(f) MOTION TO DISMISS
<u>AND TO STRIKE ATTORNEY'S FEES AND COSTS</u>**

Defendant Advanced Software Systems, Inc. ("ASSYST"), by counsel, and pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, moves for dismissal of Plaintiffs Rajender K. Salgam's and Munusamy Kandasamy's Complaint in its entirety and to strike Plaintiffs' request for attorney's fees and costs in their *ad damnum*. The grounds for failure to state a claim and for relief requested are articulated fully in ASSYST's Memorandum in Support filed with this Motion.

                                                                                                            /s/
                                    Timothy M. McConville, VSB # 40099
                                    Sara M. Sakagami, VSB #77278
                                    ODIN, FELDMAN & PITTLEMAN, P.C.
                                    1775 Wiehle Ave., Suite 400, Reston, VA 20190
                                    (703) 218-2100 (telephone)
                                    (703) 218-2160 (facsimile)
                                    timothy.mcconville@ofplaw.com
                                    sara.sakagami@ofplaw.com
                                    *Counsel for Advanced Software Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF), to all counsel of record.

>Joshua Erlich
Davia Craumer
Katherine Herrmann
The Erlich Law Office, PLLC
2111 Wilson Blvd, Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
jerlich@erlichlawoffice.com
dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

>/s/
Timothy M. McConville, VSB #40099
Sara M. Sakagami, VSB #77278
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400, Reston, VA 20190
(703) 218-2100 (telephone)
(703) 218-2160 (facsimile)
timothy.mcconville@ofplaw.com
sara.sakagami@ofplaw.com
*Counsel for Advanced Software Systems, Inc.*