IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| RAJENDER K. SALGAM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-00029 (AJT/TCB) |
| | ) | |
| ADVANCED SOFTWARE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is hereby

ORDERED that the hearing on Defendant's Motion to Dismiss and to Strike Attorney's Fees and Costs [Doc. No. 5], currently scheduled for Friday, May 11, 2018 at 10:00 a.m. be, and the same hereby is, CONTINUED to **Friday, May 11, 2018 at 2:00 p.m.**

The Clerk is directed to forward a copy of this Order to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

May 10, 2018
Alexandria, Virginia