IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RAJENDER K. SALGAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED SOFTWARE SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:18-cv-00029 (AJT/TCB) |

**CONSENT MOTION TO WITHDRAW AS COUNSEL**

COME NOW Sara M. Sakagami, Esquire, and the law firm of Odin, Feldman & Pittleman, P.C., to hereby request that this Court grant this Motion to withdraw as counsel of record for Defendant Advanced Software Systems, Inc. Defendant will not suffer any prejudice by the withdrawal as Defendant continues to be represented by Timothy McConville, Esq. and his recently established law firm, Praemia Law, PLLC. All Parties to this action consent to the relief requested in this Motion.

Respectfully submitted,

/s/ Sara M. Sakagami
Sara M. Sakagami, Esquire, VSB #77278
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400, Reston, VA 20190
(703) 218-2100 (telephone)
(703) 218-2160 (facsimile)
sara.sakagami@ofplaw.com
*Counsel for Advanced Software Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF), to all counsel of record.

Joshua Erlich
Davia Craumer
Katherine Herrmann
The Erlich Law Office, PLLC
2111 Wilson Blvd, Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
jerlich@erlichlawoffice.com
dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

Timothy Michael McConville
Praemia Law, PLLC
11710 Plaza America Drive
Suite 2000
Reston, VA 20190
703-624-1776 (telephone)
703-871-5111 (facsimile)
timothy.mcconville@praemialaw.com

           /s/ Sara M. Sakagami
Sara M. Sakagami, Esquire, VSB #77278
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400, Reston, VA 20190
(703) 218-2100 (telephone)
(703) 218-2160 (facsimile)
sara.sakagami@ofplaw.com
*Counsel for Advanced Software Systems, Inc.*