IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| RAJENDER K. SALGAM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-00029 (AJT-TCB) |
| ADVANCED SOFTWARE SYSTEMS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## MOTION TO COMPEL

Pursuant to Federal Rule 37 and Local Rule 37, Defendant Assyst Software Systems, Inc. ("Assyst") respectfully submits this Memorandum in Support of its Motion to Compel plaintiff Manasamy Kandasamy to respond to Assyst's Requests 25, 26, and 27. A corresponding Memorandum, Notice of Hearing, and Proposed Order are being submitted with this Motion.

Moreover, counsel certifies that a good faith effort has been made between counsel to resolve the discovery matters at issue without court action.

WHEREAS Assyst requests that this Court order (1) that Kandasamy fully and completely respond to Assyst's Requests for Production 25, 26, and 27, promptly and no later than September 19, 2018, (2) that Kandasamy pay Assyst's reasonable attorney's fees and costs incurred in pursuing this Motion, (3) that discovery be kept open so that the ordered production may be made and so that Kandasamy's deposition may be continued for the limited purpose of addressing issues relevant to the ordered production, and (4) that Assyst be granted all other relief deemed just and proper by this Court.

                                   /s/
Timothy McConville, VSBN 40099
Luke Archer, VSBN 81815
PRAEMIA LAW, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(703) 624-1776 (McConville telephone)
(931) 588-8018 (Archer telephone)
(703) 871-5111 (facsimile)
Timothy.McConville@praemialaw.com
Luke.Archer@praemialaw.com
*Co-counsel for Advanced Software Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018, I served the foregoing document via electronic mail to:

Joshua Erlich
Davia Craumer
Katherine Herrmann
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd, Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
jerlich@erlichlawoffice.com
dcraumer@erlichlawoffice.com
kherrmann@erlichlawoffice.com

                                                  /s/
                                  Luke Archer, VSBN 81815
                                  PRAEMIA LAW, PLLC
                                  11710 Plaza America Drive, Suite 2000
                                  Reston, Virginia 20190
                                  (931) 588-8018 (telephone)
                                  (703) 871-5111 (facsimile)
                                  Luke.archer@praemialaw.com
                                  *Co-counsel for Advanced Software Systems, Inc.*