UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNUSAMY KANDASAMY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:18-cv-00029 (AJT/TCB) |
| ADVANCED SOFTWARE SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendant Advanced Software Systems, Inc.'s Motion to Compel Limited Discovery and to Stay Due to Fraud Upon the Court (Dkt. 50) is GRANTED. Defendant shall have sixty (60) days to conduct limited discovery. As a result, it is further

ORDERED that all deadlines in the case, including those pertaining to summary judgment and trial, are suspended until further order of the Court.

ENTERED this 16th day of November, 2018.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia