# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| RAJENDER K. SALGAM, *et al.*, | ) |
| **Plaintiffs,** | ) Civil Action No. 1:18-cv-00029 |
| v. | ) |
| ADVANCED SOFTWARE SYSTEMS, INC. | ) |
| **Defendant.** | ) |

## PLAINTIFF KANDASAMY'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 26(C)(1) and 502(d), Plaintiff Munusamy Kandasamy requests a protective order to allow him to respond to Defendant's discovery without waiving the attorney-client privilege and work-product doctrine.

WHEREFORE, Plaintiff, by counsel, respectfully requests the Court issue the proposed protective order.

A memorandum in support and a proposed order are attached.

Respectfully submitted,

/s/ Robert Porter
Robert Porter
VA Bar No.: 78934
The Spiggle Law Firm, PLLC
4830 31st St., S. Ste. A
Arlington, Virginia 22206
(202) 449-8527
(202) 540-8018 (fax)
rporter@spigglelaw.com

*Attorneys for Plaintiff*

## Rule 26(C)(1) CERTIFICATION

I, the undersigned counsel for Plaintiff, attempted to resolve this matter with Defendant's counsel, but Defendant does not consent to this Motion.

/s/ Robert Porter
Robert Porter
VA Bar No.: 78934
The Spiggle Law Firm, PLLC
4830 31st St., S. Ste. A
Arlington, Virginia 22206
(202) 449-8527
(202) 540-8018 (fax)
rporter@spigglelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, Plaintiff's Motion for Protective Order, was filed electronically with the Clerk of the Court to:

Timothy McConville, VSBN 40099
Praemia Law, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(931) 588-8018 (telephone)
(703) 871-5111 (facsimile)
Timothy.McConville@praemialaw.com

Luke Archer, VSBN 81815
Praemia Law, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(931) 588-8018 (telephone)
(703) 871-5111 (facsimile)
Luke.archer@praemialaw.com

*Counsel for Advanced Software Systems, Inc.*

/s/ Robert Porter
Robert Porter
VA Bar No.: 78934
The Spiggle Law Firm, PLLC
4830 31st St., S. Ste. A
Arlington, Virginia 22206
(202) 449-8527
(202) 540-8018 (fax)
rporter@spigglelaw.com

*Attorneys for Plaintiff*