UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUNUSAMY KANDASAMY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00029 (AJT/TCB) |
| ) | |
| ADVANCED SOFTWARE SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Defendant's Motion to Compel (Dkt. 80) is GRANTED.

ENTERED this 11th day of January, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia