UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RAJENDER SALGAM, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:18-cv-00029 (AJT/TCB) |
| ADVANCED SOFTWARE SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff Rajender Salgam's ("Salgam") Amended Motion for Extension and Discovery (Dkt. 106). The Motion is currently scheduled to be heard on Friday, May 3, 2019, at 10:00 a.m. In preparation for the hearing, it is hereby

ORDERED that by Tuesday, April 30, 2019, Salgam must identify an independent expert who will at that time provide (1) his CV/credentials for conducting a forensic investigation of the emails in question and (2) an outline of what information the expert would need to conduct a review. It is further

ORDERED that all potential investigation costs, including the transfer of logical forensic copies ("LFCs"), will be borne by Salgam.

ENTERED this 25th day of April, 2019.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia